ROBERT W. THOMPSON, PLAINTIFF, v. HANS A. HESSE, DEFENDANT.

Decided August 10, 1926.

On rule for new trial.

Before GUMMERE, CHIEF JUSTICE, and Justices KALISCH and CAMPBELL.

For the rule, *David M. Stemer.*

*Contra, Carl S. Kuebler.*

PER CURIAM.

Our examination and consideration of the proofs in this matter brings us to the conclusion that the verdict is not against the weight of the evidence, and the rule to show cause will, therefore, be discharged.